Max Goldstein, appellant, v. Eli B. Felsenthal et al., trading as Felsenthal, Struckmann & Berger, appellees. Gen. No. 29,891.

Action for conversion. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925.

Hovey & Ely, for appellant. Arthur C. Bachrach, for appellees; A. R. Miller, of counsel.

Mr. Justice Johnston delivered the opinion of the court.